IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| THE SALT RIVER PIMA-MARICOPA INDIAN COMMUNITY,<br><br>Plaintiff,<br><br>v.<br><br>DIRK KEMPTHORNE,<br>Secretary of the Interior, et alia<br><br>Defendants. | Case No. 06-CV-02241-JR<br>Judge James Robertson |

## NOTICE OF APPEARANCE

Please enter the appearance of John H. Martin as counsel in the above captioned action on behalf of the Defendants Dirk Kempthorne, Secretary of the Interior; Ross O. Swimmer, Special Trustee for American Indians; and Henry M. Paulson, Secretary of the Treasury, in their official capacities.

Respectfully submitted this 21st day of February, 2007,

> MATTHEW J. MCKEOWN
> Acting Assistant Attorney General
>
> /s/ John H. Martin
> JOHN H. MARTIN
> United States Department of Justice
> Environment and Natural Resources Division
> Natural Resources Section
> 1961 Stout Street, Eighth Floor
> Denver, CO 80294
> john.h.martin@usdoj.gov
> TEL: (303) 844-1383
> FAX: (303) 844-1350

1

Kevin J. Larsen
Anthony P. Hoang
United States Department of Justice
Environment and Natural Resources Division
Natural Resources Section
P.O. Box 663
Washington, D.C.  20044-0663
Tel: (202) 305-0258
Tel: (202 305-0241
Fax: (202) 353-2021

Kenneth Dalton
Office of the Solicitor
United States Department of the Interior
Washington, D.C. 20240

Teresa E. Dawson
Office of the Chief Counsel
Financial Management Service
United States Department of the Treasury
Washington, D.C. 20227

Attorneys for Defendants

**CERTIFICATE OF SERVICE**

     I hereby certify that on February 21, 2007, I served the foregoing Notice of Appearance by causing a full, true and correct copy thereof to be sent to the following persons by Electronic Service pursuant to Local Civil Rule 5.4(d)

     Keith Harper, Lead Attorney for Plaintiff

Dated this 21st day of February 2007.

                                            */s/ John H. Martin*
                                            John H. Martin
                                            United States Department of Justice
                                            Environment and Natural Resources Division
                                            Natural Resources Section
                                            1961 Stout Street, Eighth Floor
                                            Denver, CO 80294
                                            (303) 844-1383 (tel)
                                            (303) 844-1350 (fax)
                                            john.h.martin@usdoj.gov
                                            Attorney for Federal Defendants