IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| THE SALT RIVER PIMA-MARICOPA INDIAN COMMUNITY, <br><br> Plaintiff, <br><br> v. <br><br> DIRK KEMPTHORNE, Secretary of the Interior, et alia <br><br> Defendants. | Case No. 06-CV-02241-JR <br> Judge James Robertson |

**DEFENDANTS' UNOPPOSED MOTION FOR ENLARGEMENT OF TIME
WITHIN WHICH TO ANSWER OR OTHERWISE RESPOND TO THE COMPLAINT
AND [PROPOSED] ORDER**

Pursuant to Fed. R. Civ. P. Rule 6(b), the Defendants respectfully move this Court for a fourteen (14) day enlargement of time, to and including March 13, 2007, within which to file an Answer or otherwise respond to the Complaint. This motion is Defendants' first such motion. The grounds for this motion are as follows:

1.   Plaintiff filed this case on December 29, 2006. Additionally, Plaintiff simultaneously filed a companion case for damages in the United States Court of Federal Claims, Salt River Pima-Maricopa Indian Community v. United States, No. 06-943-LMB. Plaintiff's allegations in both cases relate to the trust accounting and trust mismanagement duties and responsibilities allegedly owed by Defendants to Plaintiff.

2.   Under Fed. R. Civ. P. 12, the deadline for Defendants to file its Answer or otherwise respond to the Complaint is currently February 27, 2007.

3.   In addition to this case and Plaintiff's companion case in the United States Court of

Federal Claims, Plaintiff's counsel have filed or are handling six other lawsuits against Defendants or the United States, on behalf of three other Tribes, in this Court and in the United States Court of Federal Claims. In total, Plaintiff's counsel is currently representing four Tribes (including Plaintiff), and, on behalf of those Tribes, they have filed four cases for declaratory and injunctive relief in this Court (including this case)[1] and four companion cases for damages in the United States Court of Federal Claims.[2] All of these cases are Tribal trust accounting and trust mismanagement cases.

4. By counsel's computation, there are presently about 103 Tribal trust accounting and trust mismanagement lawsuits pending in this Court, in the United States Court of Federal Claims, and in the United States District Courts in Oklahoma. Approximately 78 of these 103 cases were initiated within the last months of 2006. This number includes the eight cases that have been filed or that are being handled by Plaintiff's counsel.

5. Counsel for Defendants has been and continues to work diligently with attorneys from the Solicitor's Office for the United States Department of the Interior and from the Chief Counsel's Office for the Financial Management Service of the United States Department of the Treasury to prepare an Answer or response to the Complaint in this case, as well as the Complaints

---

[1] The four (4) cases that Plaintiff's counsel have filed or are handling in the United States District Court are Ak-Chin Indian Community v. Kempthorne, No. 06-cv-02245-JR; Passamaquoddy Tribe of Maine v. Kempthorne, No. 06-cv-02240-JR; Salt River Pima-Maricopa Indian Community v. Kempthorne, No. 06-cv-02241-JR; and Tohono O'Odham Nation v. Kempthorne, No. 06-cv-02236-JR.

[2] The four (4) cases that Plaintiff's counsel have filed or are handling in the Court of Federal Claims are Ak-Chin Indian Community v. United States, No. 06-00932L-ECH; Passamaquoddy Tribe v. United States, No. 06-00942L-LJB; Salt River Pima-Maricopa Indian Community v. United States, No. 06-00943L-LMB; and Tohono O'Odham Nation v. United States, No. 06-00944L-EGB.

in the other seven cases filed by Plaintiff's counsel and in some of the cases filed by other Tribes and their attorneys. Nevertheless, given the sheer volume and logistics of handling the newly filed cases, especially when applied to the presently limited resources of the Departments of Justice (DOJ), the Treasury (Treasury), and the Interior (Interior), Defendants are unable to complete the Answer or response in this case in sufficient time, so that counsel can submit it for review and approval by the appropriate officials at DOJ, Interior, and Treasury; incorporate or address any comments; finalize the document; and file it on or before the February 27, 2007, filing deadline.

6.    Counsel for Defendant, Anthony P. Hoang contacted counsel for Plaintiff, Keith Harper about this motion on February 20, 2007. On February 21, 2007, Mr. Harper stated that Plaintiff does not oppose the Defendants' requested extension.

7.    On the one hand, the granting of this motion will not unduly prejudice the rights and interests of the parties in this case . On the other hand, the denial of this motion will adversely affect the ability of Defendants to prepare adequately the necessary papers for, and to obtain the appropriate review of those papers before, filing in this case.

WHEREFORE, Defendants respectfully requests that their unopposed motion for enlargement of time be granted.

Respectfully submitted this 21st day of February, 2007,

    MATTHEW J. MCKEOWN
    Acting Assistant Attorney General

    /s/ John H. Martin
    JOHN H. MARTIN
    United States Department of Justice
    Environment and Natural Resources Division
    Natural Resources Section
    1961 Stout Street, Eighth Floor

        Denver, CO 80294
        john.h.martin@usdoj.gov
        TEL: (303) 844-1383
        FAX: (303) 844-1350

        Kevin J. Larsen
        Anthony P. Hoang
        United States Department of Justice
        Environment and Natural Resources Division
        Natural Resources Section
        P.O. Box 663
        Washington, D.C.  20044-0663
        Tel: (202) 305-0258
        Tel: (202 305-0241
        Fax: (202) 353-2021

        Kenneth Dalton
        Office of the Solicitor
        United States Department of the Interior
        Washington, D.C. 20240

        Teresa E. Dawson
        Office of the Chief Counsel
        Financial Management Service
        United States Department of the Treasury
        Washington, D.C. 20227

        Attorneys for Defendants

## **CERTIFICATE OF SERVICE**

      I hereby certify that on February 21, 2007, I served the foregoing Motion For Extension of Time by causing a full, true and correct copy thereof to be sent to the following persons by Electronic Service pursuant to Local Civil Rule 5.4(d)

      Keith Harper, Lead Attorney for Plaintiff

Dated this 21st day of February 2007.

                                      */s/ John H. Martin*
                                      John H. Martin
                                      United States Department of Justice
                                      Environment and Natural Resources Division
                                      Natural Resources Section
                                      1961 Stout Street, Eighth Floor
                                      Denver, CO 80294
                                      (303) 844-1383 (tel)
                                      (303) 844-1350 (fax)
                                      john.h.martin@usdoj.gov
                                      Attorney for Federal Defendants

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| THE SALT RIVER PIMA-MARICOPA INDIAN COMMUNITY,<br><br>  Plaintiff,<br><br>   v.<br><br>DIRK KEMPTHORNE,<br>Secretary of the Interior, et alia<br><br>  Defendants. | )<br>)<br>)<br>)<br>)<br>)   Case No. 06-CV-02241-JR<br>)   Judge James Robertson<br>)<br>)<br>)<br>)<br>)<br>) |

**[PROPOSED] ORDER**

This matter is before the Court on the Defendants' motion for enlargement of time within which to answer or otherwise respond to the complaint. Upon consideration of the Defendants' motion and for good cause shown, it is hereby ordered that:

1. The Defendants' motion should be and hereby is GRANTED;

2. Effective immediately, the time and obligation for Defendants to file their Answer or otherwise respond to the Complaint, is enlarged up to and including March 13, 2007.

   SO ORDERED.


Date: _____     _____
                                   HON. JAMES ROBERTSON
                                   United States District Court