**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **THE SALT RIVER PIMA-MARICOPA INDIAN COMMUNITY,**     )<br>)<br>        **Plaintiff,**     )<br>)<br>        v.     )<br>)<br>**DIRK KEMPTHORNE,**     )<br>Secretary of the Interior, et al.     )<br>)<br>        **Defendants.**     )<br>_____) | Case No. 06-cv-02241-JR<br>Judge James Robertson |

## NOTICE OF APPEARANCE

Please enter the appearance of G. William Austin as counsel in the above captioned action on behalf of the Plaintiff, the Salt River Pima-Maricopa Indian Community.

Respectfully submitted this 25th day of April 2007,

       /s/ G. William Austin, III_____
G. WILLIAM AUSTIN, III
Kilpatrick Stockton LLP
607 14th Street, NW Ste. 900
Washington, D.C. 20005
baustin@kilpatrickstockton.com
Phone: (202) 508-5842
Fax: (202) 585-0053
Attorney for Plaintiffs

**CERTIFICATE OF SERVICE**

      I hereby certify that on April 25, 2007 I served the foregoing Notice of Appearance upon counsel of records via the Court's Electronic Case Filing service.

Dated: April 25, 2007

        /s/ G. William Austin, III
G. WILLIAM AUSTIN, III
Kilpatrick Stockton LLP
607 14th Street, NW Ste. 900
Washington, D.C. 20005
baustin@kilpatrickstockton.com
Phone: (202) 508-5842
Fax: (202) 585-0053
Attorney for Plaintiffs