**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

SALT RIVER PIMA-MARICOPA INDIAN   :
COMMUNITY,                        :
                                  :
    Plaintiff,                  :
                                  :
  v.                              : Civil Action No. 06-2241 (JR)
                                  :
DIRK KEMPTHORNE, Secretary of     :
the Interior, *et al.*,           :
                                  :
    Defendants.                 :

### ORDER

Upon consideration of plaintiff's motion for the *pro hac vice* appearance of Catherine Ferretti Munson [28], it is

**ORDERED** that leave to appear *pro hac vice* <u>will be granted only upon condition</u> that the lawyer admitted, or at least one member of the lawyer's firm, undergo CM/ECF training, obtain a CM/ECF username and password, and agree to file papers electronically.  No court papers will be mailed to any lawyer.


                                           JAMES ROBERTSON
                                  United States District Judge