**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

SALT RIVER PIMA-MARICOPA INDIAN :
COMMUNITY, :
 :
    Plaintiff, :
 :
  v. : Civil Action No. 06-2241 (JR)
 :
DIRK KEMPTHORNE, Secretary of :
the Interior, *et al.*, :
 :
    Defendants. :

## ORDER

The government's motion to respond to plaintiffs' status report and file revised status report and proposed case management order [25] is **granted**. Such filing is due 4/30/08.

                                    JAMES ROBERTSON
                        United States District Judge