IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| AK-CHIN INDIAN COMMUNITY ) | No. 06-2245 (JR) |
| v. DIRK KEMPTHORNE, *et al.*, ) | |
| ) | |
| PASSAMAQUODDY TRIBE OF MAINE ) | No. 06-2240 (JR) |
| v. DIRK KEMPTHORNE, *et al.*, ) | |
| ) | |
| SALT RIVER PIMA-MARICOPA ) | No. 06-2241 (JR) |
| INDIAN COMMUNITY v. ) | |
| DIRK KEMPTHORNE, *et al.,* ) | |
| ) | |
| TOHONO O'ODHAM NATION ) | No. 06-2236 (JR) |
| v. DIRK KEMPTHORNE, *et al.*, ) | |
| _____) | |

## NOTICE OF FILING

Plaintiff-Beneficiaries hereby give notice that they are filing a Proposed Order in connection with Plaintiffs' Opposition to Defendants' First Motion for Sixty-Day Enlargement of Time. The Proposed Order is attached hereto as Exhibit 1.

This 12th day of May, 2008.

    /s/ Keith Harper
KEITH HARPER
D.C. Bar No. 451956
E-mail: kharper@kilpatrickstockton.com
G. WILLIAM AUSTIN
D.C. Bar No. 478417
E-mail: baustin@kilpatrickstockton.com
CATHERINE F. MUNSON
Georgia Bar No. 529621, Admitted *Pro Hac Vice*
Email: cmunson@kilpatrickstockton.com
KILPATRICK STOCKTON LLP
607 14th Street, N.W.
Washington, D.C. 20005
Phone: (202) 508-5800

*Attorneys for Plaintiffs*

US2000 10740338.1

**EXHIBIT 1**

Case 1:06-cv-02241-JR    Document 38    Filed 05/12/2008    Page 2 of 4

US2000 10740338.1

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AK-CHIN INDIAN COMMUNITY ) <br> v. DIRK KEMPTHORNE, *et al.*, ) <br> ) | No. 06-2245 (JR) |
| PASSAMAQUODDY TRIBE OF MAINE ) <br> v. DIRK KEMPTHORNE, *et al.*, ) <br> ) | No. 06-2240 (JR) |
| SALT RIVER PIMA-MARICOPA ) <br> INDIAN COMMUNITY v. ) <br> DIRK KEMPTHORNE, *et al.*, ) <br> ) | No. 06-2241 (JR) |
| TOHONO O'ODHAM NATION ) <br> v. DIRK KEMPTHORNE, *et al.*, ) <br> _____ ) | No. 06-2236 (JR) |

## **ORDER**

This matter comes before the Court on Defendants' First Motion for Sixty-Day Enlargement of Time Within Which to Respond to Plaintiffs' Motion for Entry of Trust Record Preservation Order. After careful consideration and review of the Motion and Plaintiffs' Opposition, the Court hereby DENIES Defendants' Motion.

SO ORDERED this _____ day of _____, 2008.

_____
James Robertson
United States District Judge

**CERTIFICATE OF SERVICE**

I hereby certify that the foregoing NOTICE OF FILING was electronically filed using the Court's ECF system and that the below-listed counsel are ECF users and will be served via the ECF System:

>John H. Martin, Esq.
>United States Department of Justice
>Environmental and Natural Resources Division
>Natural Resources Section
>1961 Stout Street, Eighth Floor
>Denver, CO  80294
>
>Kevin E. Regan, Esq.
>United States Department of Justice
>Environmental and Natural Resources Division
>Natural Resources Section
>P.O. Box 663
>Washington, D.C.  20044-0663

This 12th day of May, 2008.

>/s/ Keith Harper
>KEITH HARPER
>D.C. Bar No. 451956
>E-mail: kharper@kilpatrickstockton.com
>G. WILLIAM AUSTIN
>D.C. Bar No. 478417
>E-mail: baustin@kilpatrickstockton.com
>CATHERINE F. MUNSON
>Georgia Bar No. 529621, Admitted *Pro Hac Vice*
>Email: cmunson@kilpatrickstockton.com
>KILPATRICK STOCKTON LLP
>607 14th Street, N.W.
>Washington, D.C. 20005
>Phone: (202) 508-5800
>
>*Attorneys for Plaintiffs*