# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

Chippewa Cree Tribe of the
Rocky Boy's Reservation v.     :    Civil Action No. 02-0276 (JR)
Norton, et al.                 :

Crow Creek Sioux Tribe v.      :
Kempthorne, et al.             :    Civil Action No. 04-0900 (JR)

Omaha Tribe of Nebraska v.     :
Kempthorne, et al.             :    Civil Action No. 04-0901 (JR)

Oglala Sioux Tribe v.          :
Kempthorne, et al.             :    Civil Action No. 04-1126 (JR)

Wyandot Nation of Kansas v.    :
Kempthorne, et al.             :    Civil Action No. 05-2491 (JR)

Rosebud Sioux Tribe v.         :
Kempthorne, et al.             :    Civil Action No. 05-2492 (JR)

Winnebago Tribe of Nebraska    :
v. Kempthorne, et al.          :    Civil Action No. 05-2493 (JR)

Lower Brule Sioux Tribe v.     :
Kempthorne, et al.             :    Civil Action No. 05-2495 (JR)

Prairie Band of Potawatomi     :
Nation v. Kempthorne, et al.   :    Civil Action No. 05-2496 (JR)

Cheyenne River Sioux Tribe v.  :
Kempthorne, et al.             :    Civil Action No. 06-1897 (JR)

Stillaguamish Tribe of         :
Indians v. Kempthorne, et al.  :    Civil Action No. 06-1898 (JR)

Iowa Tribe of Kansas and       :
Nebraska v. Kempthorne, et al.:    Civil Action No. 06-1899 (JR)

Confederated Tribes of the     :
Goshute Reservation v.         :    Civil Action No. 06-1902 (JR)
Kempthorne, et al.             :

Muskogee (Creek) Nation of     :
Oklahoma v. Kempthorne, et al.:    Civil Action No. 06-2161 (JR)

```
Eastern Shawnee Tribe of      :
Oklahoma v. Kempthorne, et al.:  Civil Action No. 06-2162 (JR)

Northwestern Band of Shoshone :
v. Kempthorne, et al.         :  Civil Action No. 06-2163 (JR)

Red Cliff Bank of Lake        :
Superior Indians v.           :  Civil Action No. 06-2164 (JR)
Kempthorne, et al.            :

Tohono O'Odham Nation v.      :
Kempthorne, et al.            :  Civil Action No. 06-2236 (JR)

Nez Perce Tribe, et al. v.    :
Kempthorne, et al.            :  Civil Action No. 06-2239 (JR)

Passamaquoddy Tribe of        :
Maine v. Kempthorne, et al.   :  Civil Action No. 06-2240 (JR)

Salt River Pima-Maricopa      :
Indian Community v.           :  Civil Action No. 06-2241 (JR)
Kempthorne, et al.            :

Ak-Chin Indian Community v.   :
Kempthorne, et al.            :  Civil Action No. 06-2245 (JR)
```

## ORDER

   Defendants' motion for a 60-day enlargement of time to respond to Plaintiffs' record preservation motions, see, e.g., Ak-Chin v. Kempthorne, 06-2245, Dkt. # 43, is **denied**, but the government may have until June 20, 2008.  The Court will hear argument on the motions on **July 24, 2008 at 10:00 a.m.**, alongside previously scheduled arguments on the government's anticipated motion to dismiss and the class certification motion in Nez Perce v. Kempthorne, 06-2239.  It is **SO ORDERED**.


       JAMES ROBERTSON
     United States District Judge