IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| SALT RIVER PIMA-MARICOPA, INDIAN COMMUNITY, | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | Case No. 06-CV-02241-JR  Judge James Robertson |
| DIRK KEMPTHORNE, *et al.*, | ) ) | |
| Defendants. | ) ) ) | |

## NOTICE REGARDING BULKY EXHIBIT ATTACHMENT

Exhibits 1 through 67, which are attachments to Defendants' Response to Plaintiff's Motion for Entry of Trust Record Preservation Order, are in paper form only and are being maintained in the case file in the Clerk's Office. These documents will be available for public viewing and copying between the hours of 9:00 a.m. to 4:00 p.m., Monday through Friday. A copy of these attachments is being served on Plaintiff's counsel via overnight delivery and on the Court's chambers by hand delivery.

Dated: June 20, 2008

Respectfully submitted,

RONALD J. TENPAS
Assistant Attorney General

/s/     *Brian M. Collins*
JOHN H. MARTIN
BRIAN M. COLLINS
ANTHONY P. HOANG
United States Department of Justice
Environment and Natural Resources Division
Natural Resources Section
P.O. Box 663
Washington, D.C.  20044-0663
Tel: (202) 305-3022
Tel: (202) 514-4565
Fax: (202) 353-2021

Attorneys for Defendants

OF COUNSEL:

PAUL SMYTH
ELISABETH BRANDON
THOMAS BARTMAN
Office of the Solicitor
United States Department of the Interior
Washington, D.C. 20240

TERESA DAWSON
Office of Chief Counsel
Financial Management Service
United States Department of the Treasury
Washington, D.C. 20227

**CERTIFICATE OF SERVICE**

I hereby certify that the foregoing was electronically filed using the Court's ECF system and that the below-listed counsel are ECF users and will be served via the ECF system:

    KEITH HARPER
    G. WILLIAM AUSTIN
    Kilpatrick Stockton LLP
    607 14th Street, N.W.
    Washington, D.C. 20005
    Phone: (202) 508-5800

Date: June 20, 2008

                                                  /s/     *Brian M. Collins*