IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SALT RIVER PIMA-MARICOPA,<br>INDIAN COMMUNITY,<br><br>    Plaintiff,<br><br>v.<br><br>DIRK KEMPTHORNE, *et al.*,<br><br>    Defendants. | Case No. 06cv02241-JR<br>Judge James Robertson |

## NOTICE OF FILING OF [PROPOSED] ORDER

When Defendants filed their memorandum of points and authorities and their exhibits in opposition to Plaintiff's motion for trust record preservation order in this case on June 20, 2008, Docket (Dkt.) #43, they inadvertently omitted their proposed order as part of their filing. Defendants hereby file that proposed order.

Respectfully submitted this 21st day of June, 2008,

        RONALD J. TENPAS
        Assistant Attorney General

        */s/ Brian M. Collins*
        JOHN H. MARTIN
        BRIAN M. COLLINS
        ANTHONY P. HOANG
        United States Department of Justice
        Environment and Natural Resources Division
        Natural Resources Section
        P.O. Box 663
        Washington, D.C. 20044-0663
        Tel: (202) 305-3022
        Tel: (303) 844-1383
        Tel: (202) 305-0241
        Fax: (202) 353-2021

        Attorneys for Defendants

OF COUNSEL:

PAUL SMYTH
ELISABETH BRANDON
THOMAS BARTMAN
Office of the Solicitor
United States Department of the Interior
Washington, D.C. 20240

TERESA DAWSON
Office of Chief Counsel
Financial Management Service
United States Department of the Treasury
Washington, D.C. 20227

**CERTIFICATE OF SERVICE**

    I hereby certify that the foregoing NOTICE OF FILING [PROPOSED] ORDER was electronically filed on June 21, 2008, using the Court's ECF system and that the below-listed counsel are ECF users and thus are served via the ECF system:

    KEITH HARPER
    G. WILLIAM AUSTIN
    Kilpatrick Stockton LLP
    607 14th Street, N.W.
    Washington, D.C. 20005

    /s/*Brian M. Collins*
    BRIAN M. COLLINS

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| SALT RIVER PIMA-MARICOPA, INDIAN COMMUNITY, | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | Case No. 06cv02241-JR |
| DIRK KEMPTHORNE, *et al.*, | ) ) | Judge James Robertson |
| Defendants. | ) ) ) | |

## **[PROPOSED] ORDER**

This matter is before the Court on Plaintiff's motion for entry of trust record preservation order (Dkt. # 31). Upon consideration of the motion, Defendants' papers in opposition thereto, and the oral arguments of counsel on July 24, 2008, it is hereby ORDERED that

1. Plaintiff's motion should be and hereby is denied.

SO ORDERED.

Date: _____   _____

HON. JAMES ROBERTSON
United States District Court Judge