IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| AK-CHIN INDIAN COMMUNITY ) | No. 06-2245 (JR) | |
| v. DIRK KEMPTHORNE, *et al.*, ) | | |
| ) | | |
| PASSAMAQUODDY TRIBE OF MAINE ) | No. 06-2240 (JR) | |
| v. DIRK KEMPTHORNE, *et al.*, ) | | |
| ) | | |
| SALT RIVER PIMA-MARICOPA ) | No. 06-2241 (JR) | |
| INDIAN COMMUNITY v. ) | | |
| DIRK KEMPTHORNE, *et al.*, ) | | |
| ) | | |
| TOHONO O'ODHAM NATION ) | No. 06-2236 (JR) | |
| v. DIRK KEMPTHORNE, *et al.*, ) | | |
| _____) | **(Electronically filed on June 24, 2008)** | |

**PLAINTIFFS' UNOPPOSED MOTION FOR AN ENLARGEMENT OF TIME TO REPLY IN SUPPORT OF PLAINTIFFS' MOTION FOR ENTRY OF A TRUST RECORD PRESERVATION ORDER**

Pursuant to Rule 6(b) of the Federal Rules of Civil Procedure and local rule ("LCvR") 7, Plaintiffs, the Ak-Chin Indian Community, Passamaquoddy Tribe of Maine, Salt River Pima-Maricopa Indian Community and the Tohono O'odham Nation ("Plaintiff-Tribes") respectfully move this Court for 16-day extension of time, to and including July 16, 2008, within which to reply in support of their Motion for Entry of a Trust Record Preservation Order. In support of their Motion, Plaintiff-Tribes show the Court as follows:

1. On April 29, 2008, Plaintiff-Tribes moved this Court to enter a Trust Record Preservation Order.[1]  *See e.g., Salt River Pima-Maricopa Indian Community v.*

---

[1] This motion was joined by Cheyenne River Sioux Tribe (Civ. Action No. 06-CV-1897(JR)); Chippewa Cree of the Rocky Boy's Reservation (Civ. Action No. 02-CV-0276(JR)); Confederated Tribes of Goshute Reservation (Civ. Action No. 06-CV-1902(JR)); Crow Creek Sioux Tribe (Civ. Action No. 04-CV-0900(JR)); Eastern Shawnee Tribe of Oklahoma (Civ. Action No. 06-CV-2162(JR)); Iowa Tribe of Kansas and Nebraska (Civ. Action No. 06-CV-1899(JR)); Lower Brule Sioux Tribe (Civ. Action No. 05-CV-

*Kempthorne*, No. 06-2241 [Dkt. No. 31]. Pursuant to Fed. R. Civ. P. 5 and LCvR 7(b), Defendants' response was due May 15, 2008; however, the Court extended this deadline to June 20, 2008 in response to Defendants' motion for a 60-day enlargement of time. *Id.* [Dkt. No. 39].

2. On May 6, 2008, this Court set deadlines for the parties in *Nez Perce v. Kempthorne*, No. 06-2239, to brief and respond to a Motion to Dismiss in that case. The Court also invited Defendants to file a Motion to Dismiss "in all tribal trust cases that present the same or similar jurisdictional issues" as those anticipated in *Nez Perce. E.g., Salt River Pima-Maricopa Indian Community v. Kempthorne*, No. 06-2241 [Dkt. No. 34]. The Court set a filing deadline of June 5, 2008 for Defendants to file their Motion to Dismiss and an opposition deadline of June 26, 2008 for the *Nez Perce* plaintiffs and all 37 tribal plaintiffs with cases pending before the Court to respond. The Court set oral argument for July 24, 2008 to hear all anticipated motions to dismiss. *Id.*

3. During a conference call with counsel on May 30, 2008, this Court granted both parties extensions of time within which to brief the Motion to Dismiss. Defendants were allowed to and including June 16th to file their Motion to Dismiss and Plaintiff-Tribes were allowed to and including July 16th to file their response to that Motion.

---

2495(JR)); Muscogee (Creek) Nation of Oklahoma (Civ. Action No. 06-CV-2161(JR)); Nez Perce Tribe, Mescalero Apache Tribe, Tule River Indian Tribe, Hualapai Tribe, Yakama Nation, Klamath Tribes, Yurok Tribe, Cheyenne-Arapaho Tribe, Pawnee Nation of Oklahoma, Sac and Fox Nation, Tlingit & Haida Indian Tribes of Alaska, and the Santee Sioux Tribe of Nebraska (Civ. Action No. 06-CV-2239(JR)); Northwestern Band of Shoshone (Civ. Action No. 06-CV-2163(JR)); Oglala Sioux Tribe (Civ. Action No. 04-CV-1126(JR)); Omaha Tribe of Nebraska (Civ. Action No. 04-CV-0901(JR)); Prairie Band of Potawatomi Nation (Civ. Action No. 05-CV-2496(JR)); Red Cliff Band of Lake Superior Chippewa (Civ. Action No. 06-CV-2164(JR)); Rosebud Sioux Tribe (Civ. Action No. 05-CV-2492(JR)); Stillaguamish Tribe of Indians (Civ. Action No. 06-CV-1898(JR)); Winnebago Tribe of Nebraska (Civ. Action No. 05-CV-2493(JR)); Wyandot Tribe of Kansas (Civ. Action No. 05-CV-2491(JR)); and Yankton Sioux Tribe (Civ. Action No. 03-CV-1603(JR)).

4. The Court also instructed on May 30th that any enlargement requests on the trust record preservation motion were to be worked out between the parties, but made clear that all briefing on motions to dismiss and trust record preservation motions would need to be completed by July 24th and that no further enlargements of time beyond that date would be considered.

5. On June 16, 2008, Defendants filed Motions to Dismiss in each of Plaintiff-Tribes' cases. *Ak-Chin Indian Community*, No. 06-2245 [Dkt. No. 52]; *Salt River Pima-Maricopa Indian Community*, No. 06-2241 [Dkt. No. 42]; *Passamaquoddy Tribe of Maine*, No. 06-2240 [Dkt. No. 42]; and *Tohono O'odham Nation*, No. 06-2236 [Dkt. No. 42]. The Memorandum in Support of Defendants' Motion to Dismiss is 67 pages long. It includes substantive legal arguments that will require a detailed response and coordination with other plaintiffs' counsel in submitting a principal brief in opposition to the Motion.

6. On June 20, 2008 Defendants filed their Response to Plaintiff-Tribes' Motion for Entry of a Trust Record Preservation Order. *Ak-Chin Indian Community*, No. 06-2245 [Dkt. No. 53]; *Salt River Pima-Maricopa Indian Community*, No. 06-2241 [Dkt. No. 43]; *Passamaquoddy Tribe of Maine*, No. 06-2240 [Dkt. No. 44]; and *Tohono O'odham Nation*, No. 06-2236 [Dkt. No. 43]. Defendants also advised that separate motions would be filed to include their Response in each of the other cases enumerated in Note 1, *supra*. *See Salt River Pima-Maricopa Indian Community*, No. 06-2241 [Dkt. No. 43, n.1].

7. Defendants' Response to the Motion for Entry of a Trust Record Preservation Order is 45 pages long per LCvR 7(e). It is accompanied by 67 exhibits – including more

3

than 50 declarations submitted by agency personnel – that total approximately 800-900 pages after printing.

8. As a result of the foregoing enlargements sought and obtained by Defendants, Plaintiff-Tribes are in the position of having to respond to two substantial briefs – both of which will require coordination with other plaintiffs' counsel within a very short time frame. Plaintiff-Tribes' Reply in support of their Motion for Entry of a Trust Record Preservation Order is currently due on June 30th under LCvR 7(d), and their Response to Defendants' Motion to Dismiss is due on July 16th. Accordingly, Plaintiff-Tribes anticipate needing additional time to prepare their Reply.

9. Plaintiff-Tribes' proposed Reply date – July 16, 2008 – will not affect the July 24, 2008 hearing date set for oral argument on Defendants' Motions to Dismiss and Plaintiff-Tribes' Motions for Entry of a Trust Record Preservation Order.

10. Plaintiff-Tribes' Motion for an Enlargement of Time is their first request for an extension of time to reply in support of the Motion for Entry of a Trust Record Preservation Order.

11. Plaintiff-Tribes' counsel, Catherine F. Munson, contacted Defendants' counsel, Kevin E. Regan, regarding this Motion on June 23, 2008 via telephone and email. Mr. Regan has advised that Defendants consent to Plaintiff-Tribes' request to extend the time for filing their Reply in support of Plaintiffs' Motion for Entry of a Trust Record Preservation Order to and including July 16, 2008.

12. The Motion for an Enlargement of Time to file Plaintiff-Tribes' Reply is not made for purposes of harassment, delay or any other improper purpose. Additionally, granting this motion will not prejudice any party, nor unduly delay the case.

13. A proposed Order granting the instant motion is attached hereto.

WHEREFORE, Plaintiff-Tribes respectfully request that their Unopposed Motion for an Enlargement of Time be granted.

This 24th day of June, 2008.

Respectfully submitted,

/s/ Keith Harper
KEITH HARPER
D.C. Bar No. 451956
E-mail: kharper@kilpatrickstockton.com
G. WILLIAM AUSTIN
D.C. Bar No. 478417
E-mail: baustin@kilpatrickstockton.com
CATHERINE F. MUNSON
Georgia Bar No. 529621, Admitted *Pro Hac Vice*
Email: cmunson@kilpatrickstockton.com
KILPATRICK STOCKTON LLP
607 14th Street, N.W.
Washington, D.C. 20005
Phone: (202) 508-5800
*Attorneys for Plaintiffs*
*Ak-Chin Indian Community*
*Salt River Pima-Maricopa Indian Community*
*Tohono O'odham Nation*
*Passamaquoddy Tribe of Maine*

**CERTIFICATE OF SERVICE**

I hereby certify that the foregoing PLAINTIFFS' UNOPPOSED MOTION FOR AN ENLARGEMENT OF TIME TO REPLY IN SUPPORT OF PLAINTIFFS' MOTION FOR ENTRY OF A TRUST RECORD PRESERVATION ORDER was electronically filed using the Court's ECF system and that the below-listed counsel are ECF users and will be served via the ECF System:

> John H. Martin, Esq.
> United States Department of Justice
> Environmental and Natural Resources Division
> Natural Resources Section
> 1961 Stout Street, Eighth Floor
> Denver, CO  80294
>
> Kevin E. Regan, Esq.
> United States Department of Justice
> Environmental and Natural Resources Division
> Natural Resources Section
> P.O. Box 663
> Washington, D.C.  20044-0663

This 24th day of June, 2008.

>  /s/ Keith Harper
> KEITH HARPER
> D.C. Bar No. 451956
> E-mail: kharper@kilpatrickstockton.com
> G. WILLIAM AUSTIN
> D.C. Bar No. 478417
> E-mail: baustin@kilpatrickstockton.com
> CATHERINE F. MUNSON
> Georgia Bar No. 529621, Admitted *Pro Hac Vice*
> Email: cmunson@kilpatrickstockton.com
> KILPATRICK STOCKTON LLP
> 607 14th Street, N.W.
> Washington, D.C. 20005
> Phone: (202) 508-5800
> *Attorneys for Plaintiffs*

6

*Ak-Chin Indian Community*
*Salt River Pima-Maricopa Indian Community*
*Tohono O'odham Nation*
*Passamaquoddy Tribe of Maine*

US2000 10907937.1

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| AK-CHIN INDIAN COMMUNITY<br>v. DIRK KEMPTHORNE, *et al.*, | ) <br> ) <br> ) | No. 06-2245 (JR) |
| PASSAMAQUODDY TRIBE OF MAINE<br>v. DIRK KEMPTHORNE, *et al.*, | ) <br> ) <br> ) | No. 06-2240 (JR) |
| SALT RIVER PIMA-MARICOPA<br>INDIAN COMMUNITY v.<br>DIRK KEMPTHORNE, *et al.*, | ) <br> ) <br> ) <br> ) | No. 06-2241 (JR) |
| TOHONO O'ODHAM NATION<br>v. DIRK KEMPTHORNE, *et al.*, | ) <br> ) <br> ) | No. 06-2236 (JR) |

### **[PROPOSED] ORDER**

This matter comes before the Court on Plaintiff-Tribes' Unopposed Motion for an Enlargement of Time to Reply in Support of their Motion for Entry of a Trust Record Preservation Order.  Upon consideration of Plaintiff-Tribes' request for a 16-day extension of time to which Defendants have consented, the Motion for an Enlargement of Time is GRANTED.  Accordingly, Plaintiff-Tribes shall be permitted until July 16, 2008 to file their Reply in support of Plaintiff's Motion for Entry of a Trust Record Preservation Order.

SO ORDERED this _____ day of _____, 2008.

_____
James Robertson
United States District Judge

US2000 10911118.1