IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| AK-CHIN INDIAN COMMUNITY ) | No. 06-2245 (JR) | |
| v. DIRK KEMPTHORNE, *et al*., ) | | |
| ) | | |
| PASSAMAQUODDY TRIBE OF MAINE ) | No. 06-2240 (JR) | |
| v. DIRK KEMPTHORNE, *et al.*, ) | | |
| ) | | |
| SALT RIVER PIMA-MARICOPA ) | No. 06-2241 (JR) | |
| INDIAN COMMUNITY v. ) | | |
| DIRK KEMPTHORNE, *et al.,* ) | | |
| ) | | |
| TOHONO O'ODHAM NATION ) | No. 06-2236 (JR) | |
| v. DIRK KEMPTHORNE, *et al.*, ) | | |
| ) | | |
| NEZ PERCE TRIBE v. ) | No. 06-2239 (JR) | |
| v. DIRK KEMPTHORNE, *et al.*, ) | | |
| _____) | **(Electronically filed on July 21, 2008)**[1] | |

**PLAINTIFFS' UNOPPOSED MOTION TO BE HEARD AT
ORAL ARGUMENT ON DEFENDANTS' MOTION TO DISMISS**

Pursuant to this Court's May 6, 2008 Order, Plaintiffs, the Ak-Chin Indian Community, Passamaquoddy Tribe of Maine, Salt River Pima-Maricopa Indian Community and the Tohono O'odham Nation ("Plaintiff-Tribes") respectfully move this Court to be heard during the oral argument scheduled for July 24, 2008 at 10:00 a.m. in *Nez Perce, et al. v. Kempthorne, et al.*, No. 06-2239. Plaintiff-Tribes wish to address Defendants' Motion to Dismiss filed in Plaintiff-Tribes' cases. In support of their Motion, Plaintiff-Tribes show the Court as follows:

1. On May 6, 2008, this Court ordered that the government move to dismiss some or all of the claims in *Nez Perce* and invited "the government to file its motion to dismiss in all the tribal cases that present the same or similar jurisdictional issues that will be briefed in *Nez Perce*." May 6, 2008 Order, *Salt River Pima-Maricopa Indian Community v. Kempthorne*, No. 06-2241

---

[1] Pursuant to the Court's May 6, 2008 Order, this Motion also has been filed in *Nez Perce, et al. v. Kempthorne, et al.*, No. 06-2239. To do so, the Court instructed Plaintiff-Tribes' counsel to e-mail the Motion to dscd_cmecf@dcd.uscourts.gov.

[Dkt. No. 34] ("May 6 Order"). The Court further ordered that the plaintiffs file "one or more principal briefs in opposition to the motion to dismiss." May 6 Order.

2. The May 6 Order scheduled argument on "the motion to dismiss in *Nez Perce*" for July 24, 2008 at 10:00 a.m. and provided that "other tribal plaintiffs wishing to be heard may move by July 21 to be allotted argument time, such motions to be docketed in *Nez Perce*, No. 06-2239."

3. On June 16, 2008, Defendants filed Motions to Dismiss in Plaintiff-Tribes' cases. *Ak-Chin Indian Community*, No. 06-2245 [Dkt. No. 52]; *Salt River Pima-Maricopa Indian Community*, No. 06-2241 [Dkt. No. 42]; *Passamaquoddy Tribe of Maine*, No. 06-2240 [Dkt. No. 42]; and *Tohono O'odham Nation*, No. 06-2236 [Dkt. No. 42]. Defendants also filed motions to dismiss in *Nez Perce*, No. 06-2239, *Yankton Sioux Tribe*, No. 03-1603, *Pechanga Band of Luiseno Mission Indians*, 06-2206, and *Colorado River Indian Tribes*, No. 06-2212.

4. Plaintiff-Tribes' counsel took the lead in preparing the brief opposing Defendants' motion, and on July 16, 2008, filed the Principal Brief in Opposition to Defendants' Motion to Dismiss. *Ak-Chin Indian Community*, No. 06-2245 [Dkt. No. 59]; *Salt River Pima-Maricopa Indian Community*, No. 06-2241 [Dkt. No. 49]; *Passamaquoddy Tribe of Maine*, No. 06-2240 [Dkt. No. 48]; and *Tohono O'odham Nation*, No. 06-2236 [Dkt. No. 46].

5. Because Defendants filed a Motion to Dismiss in Plaintiff-Tribes' cases and Plaintiff-Tribes' counsel prepared and filed the Principal Brief in Opposition to Defendants' Motion to Dismiss, Plaintiff-Tribes wish for their counsel, Keith M. Harper, to be heard at oral argument on July 24, 2008.

6. Plaintiff-Tribes' counsel, Catherine F. Munson, contacted Defendants' counsel, Kevin E. Regan, regarding this Motion on June 21, 2008 via telephone and email. Mr. Regan has

2

advised that Defendants consent to Plaintiff-Tribes' request to argue at the hearing scheduled for July 24, 2008.

7.  A proposed Order granting the instant motion is attached hereto.

WHEREFORE, Plaintiff-Tribes respectfully request that their Unopposed Motion to be Heard at Oral Argument on Defendants' Motion to Dismiss be granted.

This 21st day of July, 2008.

Respectfully submitted,

/s/ Keith Harper
KEITH HARPER
D.C. Bar No. 451956
E-mail: kharper@kilpatrickstockton.com
G. WILLIAM AUSTIN
D.C. Bar No. 478417
E-mail: baustin@kilpatrickstockton.com
CATHERINE F. MUNSON
Georgia Bar No. 529621, Admitted *Pro Hac Vice*
Email: cmunson@kilpatrickstockton.com
KILPATRICK STOCKTON LLP
607 14th Street, N.W.
Washington, D.C. 20005
Phone: (202) 508-5800
*Attorneys for Plaintiffs*
*Ak-Chin Indian Community*
*Salt River Pima-Maricopa Indian Community*
*Tohono O'odham Nation*
*Passamaquoddy Tribe of Maine*

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing PLAINTIFFS' UNOPPOSED MOTION TO BE HEARD AT ORAL ARGUMENT ON DEFENDANTS' MOTION TO DISMISS was electronically filed using the Court's ECF system and that the below-listed counsel are ECF users and will be served via the ECF System:

> John H. Martin, Esq.
> United States Department of Justice
> Environmental and Natural Resources Division
> Natural Resources Section
> 1961 Stout Street, Eighth Floor
> Denver, CO 80294
>
> Kevin E. Regan, Esq.
> United States Department of Justice
> Environmental and Natural Resources Division
> Natural Resources Section
> P.O. Box 663
> Washington, D.C. 20044-0663

This 21st day of July, 2008.

> /s/ Keith Harper
> KEITH HARPER
> D.C. Bar No. 451956
> E-mail: kharper@kilpatrickstockton.com
> G. WILLIAM AUSTIN
> D.C. Bar No. 478417
> E-mail: baustin@kilpatrickstockton.com
> CATHERINE F. MUNSON
> Georgia Bar No. 529621, Admitted *Pro Hac Vice*
> Email: cmunson@kilpatrickstockton.com
> KILPATRICK STOCKTON LLP
> 607 14th Street, N.W.
> Washington, D.C. 20005
> Phone: (202) 508-5800
> *Attorneys for Plaintiffs*
> *Ak-Chin Indian Community*
> *Salt River Pima-Maricopa Indian Community*
> *Tohono O'odham Nation*
> *Passamaquoddy Tribe of Maine*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| Yankton Sioux Tribe v. Kempthorne, *et al.*, | ) ) ) | Civil Action No. 03-1603 (JR) |
| Pechanga Band of Luiseno Mission Indians v. Kempthorne, *et al.*, | ) ) ) | Civil Action No. 06-2206 (JR) |
| Colorado River Indian Tribes v. Kempthorne, *et al.*, | ) ) ) | Civil Action No. 06-2212 (JR) |
| Tohono O'Odham Nation v. Kempthorne, *et al.*, | ) ) ) | Civil Action No. 06-2236 (JR) |
| Nez Perce Tribe v. Kempthorne, *et al.*, | ) ) ) | Civil Action No. 06-2239 (JR) |
| Passamaquoddy Tribe of Maine v. Kempthorne, *et al.*, | ) ) ) | Civil Action No. 06-2240 (JR) |
| Salt River Pima-Maricopa Indian Community v. Kempthorne, *et al.*, | ) ) ) | Civil Action No. 06-2241 (JR) |
| Ak-Chin Indian Community v. Kempthorne, *et al.*, | ) ) | Civil Action No. 06-2245 (JR) |

## [PROPOSED] ORDER

This matter comes before the Court on Plaintiffs' Unopposed Motion to be Heard at Oral Argument on Defendants' Motion to Dismiss. Upon consideration of Plaintiff-Tribes' request, to which Defendants have consented, the Motion to Be Heard is GRANTED. Accordingly, Plaintiff-Tribes' counsel shall be permitted to argue at oral argument scheduled for July 24, 2008 at 10:00 a.m. to address Defendants' Motion to Dismiss.

SO ORDERED this _____ day of July, 2008.

_____
James Robertson
United States District Judge

US2000 10955894.1